**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION, <br> v. <br> FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC. | FILED <br> APRIL 28, 2008      YM <br> 08CV2389 <br> JUDGE MANNING <br> MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION

| | |
|---|---|
| NAME (Type or print) <br> Michael J. Abernathy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael J. Abernathy | |
| FIRM <br> Bell, Boyd & Lloyd LLP | |
| STREET ADDRESS <br> 70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP <br> Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6183736 | TELEPHONE NUMBER <br> 312-807-4257 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |