## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2389

Assigned/Issued By: J. N.

Judge Name: MANNING

Designated Magistrate Judge: ASHMAN

### FEE INFORMATION

Amount Due: [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2728126

Date Payment Rec'd: 4-28-08   Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
[ ] Other
[ ] Writ _____
*(Type of Writ)*
_____
_____
*(Type of issuance)*

1 Original and 0 copies on 4-28-08 as to FRESENIUS MEDICAL CARE HOLDINGS, INC.
*(Date)*