# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 08-cv-2389<br><br>Judge Blanche M. Manning<br><br>Jury Trial Demanded |

## INITIAL STATUS REPORT

Pursuant to this Court's Case Management Procedures for actions in which Defendants' counsel has not yet appeared, Plaintiffs Baxter International, Inc. and Baxter Healthcare Corporation (collectively "Baxter") submit this Initial Status Report.

**I.　Nature of the Case**

　　A.　<u>Federal Jurisdiction</u>. The Complaint is for patent infringement under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction over the subject matter of this Complaint under 28 U.S.C. § 1331 and 1338(a).

　　B.　<u>Nature of the Claims</u>. Plaintiffs own U.S. Patent Nos. 7,264,730 ('730 Patent), 7,303,680 ('680 Patent), 7,318,892 ('892 Patent), and 7,351,340 ('340 Patent). Plaintiffs allege that Defendants have infringed the '730, '680, '892, and '340 Patents.

**III.　Names of Parties That Have Not Been Served**　None.

IV. **Major Legal Issues**

    A.    Does the Defendants' accused device infringe Plaintiffs' patents?

    B.    If so, did Defendants act willfully in infringing Plaintiffs' patents?

V. **Major Factual Issues**

    A.    What damages do the Defendants owe the Plaintiffs as a result of their infringement?

V. **Relief Requested** Plaintiffs seek a preliminary and permanent injunction preventing Defendants from infringing the '730, '680, '892, and '340 Patents, damages for past infringement, treble damages under 35 U.S.C. § 284, prejudgment interest and costs under 35 U.S.C. §§ 284 and 289, and attorney's fees under 35 U.S.C. § 285.

Dated: May 28, 2008                      Respectfully submitted,

                                        By: _s/ Marron A. Mahoney
                                            Michael J. Abernathy
                                            mabernathy@bellboyd.com
                                            Sanjay K. Murthy
                                            smurthy@bellboyd.com
                                            Brian J. Arnold
                                            barnold@bellboyd.com
                                            Marron A. Mahoney
                                            mmahoney@bellboyd.com
                                            BELL, BOYD & LLOYD LLP
                                            70 West Madison Street, Suite 3100
                                            Chicago, Illinois  60602
                                            Telephone: (312) 372-1121
                                            Facsimile: (312) 827-8000

                                            ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

This is to certify that on May 28, 2008, a true and correct copy of this document was served on counsel for Defendants as indicated:

> Michael E. Florey [By U.S. Mail]
> Fish & Richardson P.C.
> 60 South Sixth Street
> 3300 RBC Plaza
> Minneapolis, MN 55402
> 612-337-2505

s/ Marron A. Mahoney