**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2389 |
|---|---|

BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION, Plaintiffs,
v.
FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc.

| NAME (Type or print) |
|---|
| Terrence J. Truax |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Terrence J. Truax |

| FIRM |
|---|
| JENNER & BLOCK LLP |

| STREET ADDRESS |
|---|
| 330 North Wabash |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60611-7603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06198872 | (312) 923-2738 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐