**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION, | ) ) ) ) ) | Civil Action No. 08CV2389 |
| Plaintiffs, | ) ) | Honorable Judge Blanche M. Manning |
| v. | ) ) | Magistrate Judge Martin C. Ashman |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC., | ) ) ) ) |  |
| Defendants. | ) |  |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of the Northern District of Illinois and based on current publicly available information, Defendants Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. believe the following:

1. Defendants Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. are more than 5% owned by Fresenius Medical Care Management AG; Fresenius Medical Care AG & Co. KGaA; Fresenius Medical Care Beteiligungsgesellschaft mbH; Fresenius Medical Care Vermogensverwaltungs GmbH; Fresenius Medical Care US Vermogensverwaltungs GmbH and Co. KG; Fresenius US Zwei Vermogensverwaltungs GmbH and Co. KG; Fresenius Medical Care North America Holdings Limited Partnership; and Fresenius Securities, Inc.

2. No other publicly held corporation owns 5% or more of either Defendant's stock.

Dated:  June 2, 2008

Fresenius Medical Care Holdings, Inc.
and Fresenius USA, Inc.


By:      /s Eric A. Sacks
     One of Their Attorneys

Juanita Brooks
*(pro hac vice application to be submitted)*
Albert R. Ubieta
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
(858) 678-5070

Thomas M. Melsheimer
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070

Mark J. Hebert
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
(617) 542-5070

Michael E. Florey
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
60 South Sixth Street
Minneapolis, MN  55402
(612) 335-5070

Jerold S. Solovy
Eric A. Sacks
Terrence J. Truax
Andrew W. Vail
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, Illinois 60611
(312) 222-9350