IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC.,<br><br>Defendants. | Civil Action No. 08CV2389<br><br>Honorable Judge Blanche M. Manning<br><br>Magistrate Judge Martin C. Ashman |

**AGREED MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD**

Baxter International, Inc. and Baxter Healthcare Corporation (the "Plaintiffs"), on the one hand, and Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. (the "Defendants"), on the other hand, hereby stipulate as follows:

1. On April 28, 2008, the Plaintiffs filed a complaint against the Defendants alleging patent infringement in this Court (the "Complaint"). On May 21, 2008, the Plaintiffs submitted an Affidavit of Service to the Court stating on that same day they served upon the Defendants a copy of the Complaint.

2. Under Federal Rule of Civil Procedure 12, the Defendants have until June 10, 2008 to answer or otherwise plead in response to the Complaint.

3. The Plaintiffs and the Defendants agree that the Defendants may have until July 10, 2008 to answer or otherwise plead in response to the Complaint.

4. This is the Defendants' first request to extend the time to answer or otherwise plead in response to the Plaintiffs' Complaint.

2

5. This motion is not filed for the purpose of delay or to cause undue prejudice.

WHEREFORE, the parties respectfully request that the Court enter an order granting this Agreed Motion to Extend the Time to Answer or Otherwise Plead and extending the time for the Defendants to answer or otherwise plead to on or before July 10, 2008.

DATED: June 2, 2008

**STIPULATED AND AGREED:**

| | |
|---|---|
| Baxter International, Inc. and<br>Baxter Healthcare Corporation | Fresenius Medical Care Holdings, Inc. and<br>Fresenius USA, Inc. |
| By:  /s Michael J. Abernathy (with consent)<br>     One of Their Attorneys | By:      /s Eric A. Sacks<br>     One of Their Attorneys |
| Michael J. Abernathy<br>Sanjay K. Murthy<br>Brian J. Arnold<br>Marron A. Mahoney<br>BELL, BOYD & LLOYD LLP<br>70 West Madison Street<br>Suite 3100<br>Chicago, Illinois 60602<br>(312) 372-1121 | Juanita Brooks<br>*(pro hac vice application to be submitted)*<br>Albert R. Ubieta<br>*(pro hac vice application to be submitted)*<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>(858) 678-5070<br><br>Thomas M. Melsheimer<br>*(pro hac vice application to be submitted)*<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX  75201<br>(214) 747-5070<br><br>Mark J. Hebert<br>*(pro hac vice application to be submitted)*<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 542-5070<br><br>Michael E. Florey<br>*(pro hac vice application to be submitted)*<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street<br>Minneapolis, MN  55402<br>(612) 335-5070<br><br>Jerold S. Solovy<br>Eric A. Sacks<br>Terrence J. Truax<br>Andrew W. Vail<br>JENNER & BLOCK LLP<br>330 N. Wabash Ave.<br>Chicago, Illinois 60611<br>(312) 222-9350 |