IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08CV2389 |
| v. | ) ) ) | Honorable Judge Blanche M. Manning |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC., | ) ) ) ) | Magistrate Judge Martin C. Ashman |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

TO: Michael J. Abernathy
Sanjay K. Murthy
Brian J. Arnold
Marron A. Mahoney
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Thursday, June 5, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Blanche M. Manning, or any other judge sitting in her stead, at 219 South Dearborn Street, Room 2125, Chicago, Illinois, and then and there present Agreed Motion to Extend the Time to Answer or Otherwise Plead, a copy of which has been served upon you.

Respectfully submitted,

Fresenius Medical Care Holdings, Inc.
and Fresenius USA, Inc.


By:    /s Andrew W. Vail
         One of Their attorneys

Juanita Brooks
*(pro hac vice application to be submitted)*
Albert R. Ubieta
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
(858) 678-5070

Thomas M. Melsheimer
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070

Mark J. Hebert
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
(617) 542-5070

Michael E. Florey
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
60 South Sixth Street
Minneapolis, MN  55402
(612) 335-5070

Jerold S. Solovy
Eric A. Sacks
Terrence J. Truax
Andrew W. Vail
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, Illinois 60611
(312) 222-9350

2

## CERTIFICATE OF SERVICE

I, Andrew W. Vail, hereby certify that on June 2, 2008, I caused the following document:

- **Agreed Motion to Extend the Time to Answer or Otherwise Plead**

- **Notice of Motion for Agreed Motion to Extend the Time to Answer or Otherwise Plead**

to be filed with the Clerk of Court and served upon Michael J. Abernathy, counsel for Plaintiffs, at BELL, BOYD & LLOYD LLP, 70 West Madison Street, Suite 3100, Chicago, IL 60602 by the Court's CM/ECF system on the 2nd day of June, 2008.

By: /s Andrew W. Vail
Andrew W. Vail