UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Baxter International, Inc., et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−02389
                                        Honorable Blanche M. Manning

Fresenius Medical Care Holdings, Inc., et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

   MINUTE entry before the Honorable Blanche M. Manning:Status hearing held on 6/3/2008. Status hearing set for 6/17/2008 at 11:00 AM.Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.