# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC.,<br><br>　　　　Defendants. | Civil Action No. 08CV2389<br><br>Honorable Judge Blanche M. Manning<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

TO:　Michael J. Abernathy
　　　Sanjay K. Murthy
　　　Brian J. Arnold
　　　Marron A. Mahoney
　　　BELL, BOYD & LLOYD LLP
　　　70 West Madison Street
　　　Suite 3100
　　　Chicago, Illinois 60602

　　　PLEASE TAKE NOTICE that on Thursday, July 17, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Blanche M. Manning, or any other judge sitting in her stead, at 219 South Dearborn Street, Room 2125, Chicago, Illinois, and then and there present Defendants' Rule 12(f) Motion to Strike An Improper Allegation from Plaintiffs' Complaint, a copy of which has been served upon you.

Respectfully submitted,

Fresenius Medical Care Holdings, Inc.
and Fresenius USA, Inc.


By:   /s Andrew W. Vail
        One of Their attorneys

Juanita Brooks
*(admitted pro hac vice)*
Albert R. Ubieta
*(admitted pro hac vice)*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
(858) 678-5070

Thomas M. Melsheimer
*(admitted pro hac vice)*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070

Mark J. Hebert
*(admitted pro hac vice)*
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
(617) 542-5070

Michael E. Florey
*(admitted pro hac vice)*
FISH & RICHARDSON P.C.
60 South Sixth Street
Minneapolis, MN  55402
(612) 335-5070

Jerold S. Solovy
Eric A. Sacks
Terrence J. Truax
Andrew W. Vail
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, Illinois 60611
(312) 222-9350

## CERTIFICATE OF SERVICE

I, Andrew W. Vail, hereby certify that on July 10, 2008, I caused the following document:

- **Defendants' Rule 12(f) Motion to Strike An Improper Allegation for Plaintiffs' Complaint**

to be filed with the Clerk of Court and served upon Michael J. Abernathy, counsel for Plaintiffs, at BELL, BOYD & LLOYD LLP, 70 West Madison Street, Suite 3100, Chicago, IL 60602 by the Court's CM/ECF system.

By: /s Andrew W. Vail
Andrew W. Vail