IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION,<br><br>             Plaintiffs,<br>       v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC.,<br><br>             Defendants. | Civil Action No. 08CV2389<br><br>Judge:  Hon. Blanche M. Manning<br><br>Magistrate Judge Martin C. Ashman |

**AGREED MOTION TO WITHDRAW ALLEGATION AND MOTION TO STRIKE**

Baxter International, Inc. and Baxter Healthcare Corporation (the "Plaintiffs"), on the one hand, and Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. (the "Defendants"), on the other hand, hereby stipulate as follows:

1.     Plaintiffs hereby withdraw the sentence in paragraph 11 of their Complaint that reads:  "Since that time attorneys at Fish & Richardson P.C., Fresenius' outside patent counsel, have been monitoring those applications and advising Fresenius of their status."  No response to that sentence is necessary.

2.     Defendants hereby withdraw their Rule 12(f) Motion to Strike an Improper Allegation from Plaintiffs' Complaint, filed on July 10, 2008, seeking to strike that sentence.

3.     By the filing of this Agreed Motion, neither party intends to waive its right to attempt to take or to oppose discovery on this subject.  Nor is the filing of this Agreed Motion intended to constitute a waiver of attorney-client privilege or work-product immunity.

1

WHEREFORE, the parties respectfully request that the Court enter an order granting this Agreed Motion, and stating that the subject allegation in Plaintiffs' Complaint has been withdrawn and that Defendants' Motion to Strike has also been withdrawn.

DATED:  July 16, 2008

**STIPULATED AND AGREED:**

| | |
|---|---|
| Baxter International, Inc. and<br>Baxter Healthcare Corporation | Fresenius Medical Care Holdings, Inc. and<br>Fresenius USA, Inc. |
| By: *s/Sanjay K. Murthy*<br>　　　One of Their Attorneys | By: s/*Eric A. Sacks w/ express permission*<br>　　　One of Their Attorneys |
| Michael J. Abernathy<br>Sanjay K. Murthy<br>Brian J. Arnold<br>Marron A. Mahoney<br>BELL, BOYD & LLOYD LLP<br>70 West Madison Street<br>Suite 3100<br>Chicago, Illinois<br>(312) 372-1121 | Juanita Brooks<br>*(admitted pro hac vice)*<br>Albert R. Ubieta<br>*(admitted pro hac vice)*<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>(858) 678-5070<br><br>Thomas M. Melsheimer<br>*(admitted pro hac vice)*<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX  75201<br>(214) 747-5070<br><br>Michael E. Florey<br>*(admitted pro hac vice)*<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street<br>Minneapolis, MN  55402<br>(612) 335-5070 |

Mark J. Hebert
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
(617) 542-5070

Jerold S. Solovy
Eric A. Sacks
Terrence J. Truax
Andrew W. Vail
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, Illinois 60611
(312) 222-9350

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 16, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Fed. R. Civ. P. 5(b)(3). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated: July 16, 2008

                Respectfully submitted,

                By: */s Sanjay K. Murthy*_____