IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION,<br><br>        Plaintiffs,<br>    v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC.,<br><br>        Defendants. | Civil Action No. 08CV2389<br><br>Judge:  Hon. Blanche M. Manning<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008 at 11:00 a.m. at the opening of Court or as soon thereafter as counsel may be heard, the Parties will appear before Judge Blanch M. Manning in the courtroom occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present a:

**AGREED MOTION TO WITHDRAW
ALLEGATION AND MOTION TO STRIKE**

in the above-captioned case.

| | |
|---|---|
| Baxter International, Inc. and<br>Baxter Healthcare Corporation | Fresenius Medical Care Holdings, Inc. and<br>Fresenius USA, Inc. |
| By: *s/Sanjay K. Murthy*<br>       One of Their Attorneys | By: s/*Eric A. Sacks w/ express permission*<br>       One of Their Attorneys |
| Michael J. Abernathy<br>Sanjay K. Murthy<br>Brian J. Arnold | Juanita Brooks<br>*(admitted pro hac vice)*<br>Albert R. Ubieta |

Marron A. Mahoney
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois
(312) 372-1121

*(admitted pro hac vice)*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
(858) 678-5070

Thomas M. Melsheimer
*(admitted pro hac vice)*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070

Michael E. Florey
*(admitted pro hac vice)*
FISH & RICHARDSON P.C.
60 South Sixth Street
Minneapolis, MN  55402
(612) 335-5070

Mark J. Hebert
*(pro hac vice application to be submitted)*
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
(617) 542-5070

Jerold S. Solovy
Eric A. Sacks
Terrence J. Truax
Andrew W. Vail
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, Illinois 60611
(312) 222-9350

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 16, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Fed. R. Civ. P. 5(b)(3). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated: July 16, 2008

                                          Respectfully submitted,

                                          By: */s Sanjay K. Murthy*_____