**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Baxter International, Inc., et al.

                                          Plaintiff,

v.                                                       Case No.: 1:08−cv−02389
                                                         Honorable Blanche M. Manning

Fresenius Medical Care Holdings, Inc., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 7/17/2008. Defendants' motion to withdraw [31] is granted. Plaintiffs' motion to strike [28] is withdrawn. Status hearing held on 7/17/2008. Status hearing set for 8/7/2008 at 11:00 AM. Parties shall conduct a 26(f) conference,meet and confer, and prepare a proposed, discovery scheduling plan. Parties shall submit a courtesy copy to this court, as well as to Magistrate Judge Ashman.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.