IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAXTER INTERNATIONAL, INC. and BAXTER HEALTHCARE CORPORATION, | ) ) ) | Civil Action No. 08-CV-2389 |
| | ) | Hon. Blanche M. Manning |
| Plaintiffs, | ) | |
| v. | ) ) | Hon. Martin C. Ashman |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and FRESENIUS USA, INC., | ) ) ) | Jury Trial Demanded |
| Defendants. | ) | |

## FRESENIUS' MOTION TO STAY

For the reasons stated in their Memorandum of Law in Support of Fresenius' Motion to Stay, a copy of which accompanies and is incorporated in this motion, Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. ("Fresenius"), by their attorneys, respectfully move this Court for the entry of an order staying this case pending the conclusion of all reexamination proceedings before the U.S. Patent and Trademark Office related to the Patents in Suit.

WHEREFORE, Fresenius respectfully requests that the Court enter an order granting this Motion to Stay.

Dated:   August 22, 2008            Respectfully submitted,

                                    By:   s/ Michael E. Florey
                                          Michael E. Florey
                                          (*pro hac vice*)
                                          FISH & RICHARDSON P.C.
                                          13300 Dain Rauscher Plaza
                                          60 South Sixth Street
                                          Minneapolis, MN  55402
                                          Tel: (612) 337-5070

Mark J. Hebert
(*pro hac vice application pending*)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
(617) 542-5070

Jerold S. Solovy
Eric A. Sacks
Andrew W. Vail
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 606011
(312) 222-9350

Attorneys for Defendants / Counterclaimants
Fresenius Medical Care Holdings, Inc. and
Fresenius USA, Inc.